UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCO ISOLANI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HIGHLAND GENERAL HOSPITAL, et al.,<br><br>    Defendants. | Case No. 13-cv-05119-JSC<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. Nos. 6, 7 |

Plaintiffs brought this state-law employment action against Defendants in the Superior Court of California for the County of Alameda, asserting that they were denied certain wages, reimbursements, and medical insurance arising out of Defendants' alleged misclassification of Plaintiffs as independent contractors rather than employees. Defendants subsequently removed the action to this Court on the basis of federal question jurisdiction. Following Court-ordered briefing on the existence of subject matter jurisdiction, the parties agreed at the March 6, 2014 Case Management Conference that the Court lacks jurisdiction over this action. The Court accordingly REMANDS the case to Alameda County Superior Court for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: March 7, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge